AO 245D (Rev. 01/01)  Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Middle District of Louisiana

UNITED STATES OF AMERICA
v.
JASON JARREAU
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:        3:06CR00228-001

Richard M. Upton, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[✔]     admitted guilt to violation of condition(s) <u>1, 2, 3 and 4</u> of the term of supervision.
[ ]     was found in violation of condition(s) ___ after denial of guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     The defendant has not violated condition(s)  ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

IT IS FURTHER ORDERED that the defendant shall cooperate in the collection of DNA as directed by the probation officer.

10/14/2010
Date of Imposition of Sentence

Signature of Judicial Officer

RALPH E. TYSON, CHIEF JUDGE
Middle District of Louisiana
Name & Title of Judicial Officer

10/22/10
Date

USATTY

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:        3:06CR00228-001                                                Judgment - Page 2  of  5
DEFENDANT:          JASON JARREAU

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | On the following dates, Jason Jarreau tested positive for marijuana: May 10, 2010 (B01470487) July 6, 2010 (BOI470456) | 7/6/2010 |
| 2 | On July 21, 2010, Jason Jarreau falsely represented to the probation officer that he was attending and actively participating in group substance abuse treatment through Louisiana Addiction Services (LAS). According to Jarreau, he has missed group on only one occasion and it was excused. According to LAS counselors, the offender has only attended group on two occasions since stm1ing group treatment June 22, 2010. He has missed group sessions on June 29, 2010, July 13, 2010, and July 20, 2010. They have not excused the offender from any group sessions. | 7/21/2010 |
| 3 | Jason Jarreau was ordered to pay a special assessment of $100. As of the petition, the entire special assessment is due in spite of Jason Jarreau reporting he is working on a full time basis and has approximately $200 in disposable income per month. | 8/16/2010 |
| 4 | On June 11, 2010, in response to a positive drug screen, the offender was referred to LAS for substance abuse treatment. On June 16, 2010, Jason Jarreau was enrolled in the outpatient program to include weekly group sessions. Jarreau's group was scheduled to meet each Tuesday night at 6:30pm. According to LAS counselors, the offender has only attended group on two occasions since starting group treatment June 22, 2010. He has missed on June 29, 2010, July 13, 2010, and July 20, 2010. They have not excused the offender from any group sessions. Additionally, Jason Jarreau was enrolled in the Code-A-Phone (CAP) drug testing program. He is required to call the system on a daily basis. Jarreau has been inconsistent in calling the CAP system. He has missed scheduled drug screens on March 9, 2010, March 17, 2010, March 23, 2010, April 27, 2010, June 10, 2010, and June 21, 2010. | 6/21/2010 |

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

| | |
|---|---|
| CASE NUMBER:     3:06CR00228-001 | Judgment - Page 3  of  5 |
| DEFENDANT:       JASON JARREAU | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 11 months .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ]The defendant shall surrender to the United States Marshal for this district.
[ ]  at ___ on ___.
[ ] as notified by the United States Marshal.
[ ]The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
Deputy U.S.  Marshal

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 6 - Criminal Monetary Penalties

| CASE NUMBER: | 3:06CR00228-001 | Judgment - Page 4 of 5 |
|---|---|---|
| DEFENDANT: | JASON JARREAU | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ |

[]      The determination of restitution is deferred until _.  An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

[ ]   The defendant shall make restitution (including community restitution) to the following payees in the amounts        listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.  However, pursuant to 18 U.S.C.§3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| | TOTALS: | $ ____ | $____ |

[ ]   If applicable, restitution amount ordered pursuant to plea agreement .......... $____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

[ ]   The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days.  An amended Judgment in a Criminal Case will be entered after such determination.

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ]  The interest requirement for the fine is waived.

[ ]  The interest requirement for the fine is modified as follows:

# RESTITUTION

[ ]  The court modifies or waives interest on restitution as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
      Sheet 6 - Criminal Monetary Penalties

| | |
|---|---|
| CASE NUMBER:        3:06CR00228-001 | Judgment - Page 5 of 5 |
| DEFENDANT:        JASON JARREAU | |

# SCHEDULE OF PAYMENTS

Having accessed the defendant's ability to pay, payment of the total fine and other criminal monetary penalties are due as follows:

A    [✔]   Lump sum of $ 100.00  due immediately.

            []  not later than _, or
            []  in accordance     [] C,  [] D,  [] E, or [] F below; or

B    [ ]   Payment to begin immediately (may be combined with [] C, [] D, or [] F below); or

C    [ ]   Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D    [ ]   Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    []   Payment during the term of supervised release will commence within _(e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    [ ]   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during imprisonment.  All criminal monetary payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

[ ]   Joint and Several

| Case Number
(Including defendant number) | Defendant Name | Joint and Several
Amount |
|---|---|---|
| | | |

[ ]   The defendant shall pay the cost of prosecution.

[]   The defendant shall pay the following court costs:

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.